UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| **Brian Whitaker**, <br><br> Plaintiff, <br><br> v. <br><br> **Starbucks Corporation**, a Washington Corporation; and Does 1-10, <br><br> Defendants. | Case No. 2:20-cv-00111 RGK (JCx) <br><br> ASSIGNED TO DISTRICT JUDGE R. GARY KLAUSNER <br> MAGISTRATE JUDGE JACQUELIN CHOOLJIAN <br><br> **[PROPOSED] JUDGMENT GRANTING DEFENDANT STARBUCKS CORPORATION D/B/A STARBUCKS COFFEE COMPANY'S MOTION FOR SUMMARY JUDGMENT** <br><br> Date:  10/05/2020 <br> Time: 9:00 a.m. <br> Courtroom: 850 |

The Motion for Summary Judgment ("Motion") of Defendant Starbucks Corporation d/b/a Starbucks Coffee Company ("Defendant") came on regularly for hearing on October 5, 2020 before the Honorable R. Gary Klausner, judge presiding.

The Court, having considered the evidence proffered in support of and in opposition to Defendant's Motion, having read and considered the supporting, opposition and reply points and authorities, and having heard and considered the arguments of counsel, and good cause appearing therefore,

**IT IS HEREBY ORDERED, ADJUDGED AND DECREED** that Defendant's Motion for Summary Judgment is **GRANTED**.

**IT IS FURTHER ORDERED** that Plaintiff's claim for violation of Title III of the Americans with Disabilities Act of 1990 as to dining tables is moot, and therefore this Court does not have subject matter jurisdiction over this claim as a matter of law.

ACCORDINGLY, Plaintiff's entire complaint is dismissed with prejudice, and judgment is entered in Defendant's favor.

**IT IS SO ORDERED**.

Dated: _____, 2020

R. GARY KLAUSNER
U.S. DISTRICT COURT JUDGE

4848-6866-5022.1 104108.1021