CENTER FOR DISABILITY ACCESS
Ray Ballister Jr., Esq., SBN 111282
Isabel Rose Masanque, Esq., SBN 292673
Sara N. Gunderson, Esq., SBN 302582
8033 Linda Vista Road, Suite 200
San Diego, CA 92111
(858) 375-7385; (888) 422-5191 fax
SaraG@potterhandy.com

Attorneys for Plaintiff

UNITED STATES DISTRICT COURT
CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| **Brian Whitaker,**<br><br>　　　　Plaintiff**,**<br><br>v.<br><br>**Starbucks Corporation,** a Washington Corporation; and Does 1-10,<br>　　　　Defendant. | **Case:** 2:20-CV-00111-RGK-JC<br><br>**Plaintiff's Notice of Non-Opposition to Defendants' Motion for Summary Judgment (Dkt. No. 32)**<br><br>Date:　　October 5, 2020<br>Time:　　9:00 a.m.<br>Ctrm:　　850 (8th Floor)<br><br>Hon. Judge R. Gary Klausner |

To the Court, All Parties and their Attorneys of Record:

　　Plaintiff's submits his notice of non-opposition to the defendant's motion for summary judgment (Dkt. No. 32). After reviewing defendant's motion and supporting evidence, and reviewing the record, it is clear to the plaintiff that the defendant has mooted his only claim for injunctive relief: the previously inaccessible outdoor dining surfaces.

　　Plaintiff submits his notice of non-opposition to the defendant's motion for summary judgment.

1

1
2  Respectfully submitted,
3
4  Dated: September 14, 2020               CENTER FOR DISABILITY ACCESS
5
6                                          */s/ Sara N. Gunderson*
7                                          SARA GUNDERSON
                                            Attorneys for Plaintiff,
8                                          Brian Whitaker
9
10
11
12
13
14
15
16
17
18
19
20
21
22
23
24
25
26
27
28