JS6

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| **Brian Whitaker**, <br><br>     Plaintiff, <br><br> v. <br><br> **Starbucks Corporation**, a Washington Corporation; and Does 1-10, <br><br>     Defendants. | Case No. 2:20-cv-00111 RGK (JCx) <br><br> ASSIGNED TO DISTRICT JUDGE R. GARY KLAUSNER <br><br> **JUDGMENT GRANTING DEFENDANT STARBUCKS CORPORATION D/B/A STARBUCKS COFFEE COMPANY'S MOTION FOR SUMMARY JUDGMENT** <br><br> Date: 10/05/2020 <br> Time: 9:00 a.m. <br> Courtroom: 850 |

///

///

///

LITTLER MENDELSON, P.C.
18565 Jamboree Road
Suite 800
Irvine, CA 92612
949.705.3000

1.

The Motion for Summary Judgment ("Motion") of Defendant Starbucks Corporation d/b/a Starbucks Coffee Company ("Defendant") scheduled for October 5, 2020 before the Honorable R. Gary Klausner, judge presiding, taken under submission. No appearances by counsel were necessary.

The Court, having considered the evidence proffered in support of and Plaintiff's notice of non-opposition to Defendant's Motion, and good cause appearing therefore,

**IT IS HEREBY ORDERED, ADJUDGED AND DECREED** that Defendant's Motion for Summary Judgment is **GRANTED**.

**IT IS FURTHER ORDERED** that Plaintiff's claim for violation of Title III of the Americans with Disabilities Act of 1990 as to dining tables is moot, and therefore this Court does not have subject matter jurisdiction over this claim as a matter of law.

ACCORDINGLY, Plaintiff's entire complaint is dismissed with prejudice, and judgment is entered in Defendant's favor. Plaintiff is not a prevailing party and is not entitled to attorney's fees.

**IT IS SO ORDERED**.

Dated: November 4, 2020

                                                        R. GARY KLAUSNER
U.S. DISTRICT COURT JUDGE